November 5, 1935.

CHAIN BELT COMPANY and another, Appellants, vs. INDUSTRIAL COMMISSION and others, Respondents.

For the appellants: *Otjen & Otjen* of Milwaukee.

For the respondent Industrial Commission: *James E. Finnegan,* attorney general, and *Mortimer Levitan,* assistant attorney general.

For the respondent Employers Mutual Liability Insurance Company: *Quarles, Spence & Quarles,* attorneys, *Kenneth P. Grubb* and *Jefferson D. Burrus* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.

McKENZIE, Respondent, vs. McKENZIE, Appellant.

For the appellant: *Hale & Burke* of La Crosse.

For the respondent: *George H. Gordon, Law & Brody* of La Crosse.

*By the Court.*—Judgment affirmed.

JEWELL, Respondent, vs. CAREY, Appellant.

For the appellant: *Benson & Butchart* of Racine.

For the respondent: *Wilbershide & Baumblatt* of Racine.

*By the Court.*—Judgment affirmed.